**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-13-505-PHX-ROS |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER OF DETENTION |
| Milford Peter Thomas, ) | |
| Defendant. ) | |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.

The Court incorporates and adopts by reference the assessment of nonappearance/danger findings of the Pretrial Services Agency which were reviewed by the Court at the time of the hearing in this matter.

Defendant does not dispute the information contained in the Pretrial Services Report.

By *clear and convincing evidence defendant is* a flight risk/danger to others and the community and requires detention pending trial.

At this time, no condition or combination of conditions will reasonably assure the appearance of defendant as required or reasonably assure the safety of others and the community.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

However, IT IS FURTHER ORDERED that the defendant shall be interviewed for possible placement at Recovery Homes, Inc.. Should the defendant be an acceptable candidate, defense counsel or Pretrial Services shall contact the Magistrate on duty to set a Release hearing, the matter should be scheduled "bag and baggage."

DATED this 17th day of April, 2013.

Bridget S. Bade
United States Magistrate Judge